UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | Case Number 11-08707-8-JRL |
| Douglas Stauffer Bell, Sr., ) | Chapter 13 |
| Nancy Clark Bell ) | |
| Debtors | |

### Motion to Reconsider or Vacate Order Granting Relief from Stay

NOW COMES the debtor herein, by and through their attorney and hereby moves to Reconsider or Vacate Order Granting Relief from Stay pursuant to 11 USC Section 362(d) for the following reason:

1. The Debtor failed to contest the Motion for Relief by National Auto Finance due to the failure to receive Notice. Notice was also not received by Debtor's attorney.
2. Debtor intends to Motion the Court to turn over the vehicle and include it in the Debtor's Plan, as stated in Debtor's Petition.

WHEREFORE, the debtor prays this Court vacate the Order granting National Auto Finance relief from the stay and set a Hearing at which the debtor may seek the turn over of the vehicle.

This the 27th day of February, 2012.

                                                  CALDER & CALDER, LLP.

                                                  By: s/ j. keith calder
                                                      J. Keith Calder
                                                      Attorney for Debtors
                                                      611 Princess Street
                                                      Wilmington, NC  28401
                                                      (910) 763-1683
                                                      State Bar No.: 15791

## CERTIFICATE OF SERVICE

This is to certify, under penalty of perjury, that at all times hereinafter mentioned, the undersigned was more than eighteen (18) years of age and has this day served the attached MOTION to Reconsider or Vacate Order Granting Relief from Stay on all the parties in interest to this cause by depositing a copy hereof, first-class postage prepaid, in the United States mail, addressed as follows:

| | |
|---|---|
| Mr. Richard M. Stearns<br>Chapter 13 Trustee<br>Post Office Box 2218<br>Kinston, NC 28502<br>(Via ECF) | National Auto Finance.<br>Attn: Managing Agent<br>200 Renaissance Ctr<br>Detroit, MI 48243 |
| Ms. Marjorie Lynch<br>U.S. Bankruptcy Administrator<br>Post Office Box 3758<br>Charlotte, North Carolina 28203<br>Wilson, NC 27895 | Pamela P. Keenan<br>Kirschbaum, Nanney, Keenan & Griffin, PA<br>2418 Blue Ridge Road<br>Raleigh, North Carolina 27607<br>Attorney for National Auto Finance |
| Douglas S. Bell, Sr.<br>Nancy Clark Bell<br>4100 Sound Drive<br>Morehead City, NC 28557 | |

This the 27th day of February, 2012.

CALDER & CALDER, LLP.

By: s/ j. keith calder
J. Keith Calder
Attorney for Debtors
611 Princess Street
Wilmington, NC 28401
(910) 763-1683
State Bar No.: 15791

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | Case Number 11-08707-8-JRL |
| Douglas Stauffer Bell, Sr., ) | Chapter 13 |
| Nancy Clark Bell ) | |
| Debtors | |

**Order to Set Aside Order Granting Relief from Stay**

THIS CAUSE coming before the undersigned on debtor's Motion to Reconsider or Vacate Order Granting Relief from Stay, and it thus appearing to the Court that, by the greater weight of the evidence, such Order should be allowed.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor's Motion for to Set Aside the Order granting National Auto Finance relief from the Automatic Stay shall be allowed.

END OF DOCUMENT